UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNTIED STATES OF AMERICA,

                                                                                  **NOTICE OF APPEARANCE**

   -against-

                                                                                   Case No.:08 MAG 0678

**RENE RODRIGUEZ**
a/k/a "Jose Gonzalez",

                **Defendant.**
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, the undersigned hereby appears as attorney for the Defendant, **RENE RODRIGUEZ** in the above captioned matter.

Dated: Queens, New York
        April 7, 2008

                                                                    Yours, etc.,

                                                                    _____
                                                                    JOHN L. RUSSO (JR6200)
                                                                    Attorney for Defendant
                                                                    RENE RODRIGUEZ
                                                                    31-01 Broadway, 4th Floor
                                                                    Astoria, New York 11106
                                                                    Tel No. : (718) 777 - 1777
                                                                    Fax No.: (718) 777-2737

To: Clerk of the Court
     United States District Court
     Southern District, New York
     Foley Square